**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES ISSAC BIRELAS,<br><br>    Petitioner,<br><br>  v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>    Respondent.<br>_____/ | No. C 10-01355 EJD (PR)<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES<br><br>(Docket No. 43) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent filed an answer on January 1, 2011. (Docket No. 11.)

    On February 22, 2011, Petitioner filed a traverse exceeding 25 pages along with a "motion to file a[n] oversize brief." (Docket No. 43.) Good cause appearing, the motion is GRANTED. See Civil L.R. 7-4(b).

    This order terminates Docket No. 43.

DATED: August 11, 2011

EDWARD J. DAVILA
United States District Judge

Order Granting Motion
P:\PRO-SE\SJ.EJD\HC.10\Birelas01355_motion.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MOISES ISSAC BIRELAS,

        Petitioner,

v.

FRANCISCO JACQUEZ, Warden,

        Respondent.

Case Number: CV10-01355 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/11/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mosies Issac Birelas V-18459
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95531

Dated: 8/11/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk